**GOTTLIEB & ASSOCIATES PLLC**
**ATTORNEYS**

150 E. 18 St., Suite PHR, New York, NY 10003
212 228-9795    www.gottlieblaw.net

April 3, 2025

<u>**VIA ECF**</u>

The Honorable Margaret M. Garnett
United States District Court Judge
United States District Court
Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

        **Re:**    *Tucker v. Cococare Products, Inc.*
                 <u>Case No.: 1:25-cv-262</u>

Dear Judge Garnett,

    The undersigned represents Henry Tucker ("Plaintiff") in the above referenced matter against Defendant, Cococare Products, Inc. ("Defendant") (collectively the "Parties"). We write, with Defendant's consent, to inform the Court that the Parties have reached a settlement in principle and respectfully request that Your Honor dismiss this action with prejudice with the right to reopen in forty-five (45) days if the Settlement Agreement is not consummated. In light of the anticipated settlement, the undersigned respectfully requests all currently pending deadlines in this action be adjourned *sine die*.

    We thank the Court for its time and attention in this matter.

                                              Respectfully submitted,
                                              <u>/s/Michael A. LaBollita, Esq.</u>
                                                Michael A. LaBollita, Esq.

cc: All counsel of record via ECF