UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - x

HENRY TUCKER, ON BEHALF OF HIMSELF AND ALL OTHER PERSONS SIMILARLY SITUATED,

                 Plaintiffs,

                 v.

COCOCARE PRODUCTS, INC.,

                 Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - x

No.: 1:25-cv-262

**NOTICE OF VOLUNTARY DISMISSAL**

       Plaintiff(s), HENRY TUCKER, in accordance with Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismisses the above-entitled action with prejudice and without fees and costs against Defendant, COCOCARE PRODUCTS, INC.

Dated:   New York, New York
           April 24, 2025

**GOTTLIEB & ASSOCIATES PLLC**

/s/ Jeffrey M. Gottlieb
Michael A. LaBollita, Esq. (ML-9985)
Jeffrey M. Gottlieb, Esq. (JG-7905)
150 East 18th Street, Suite PHR
New York, New York 10003
(212) 228-9795
*Attorneys for Plaintiffs*


SO ORDERED:

_____
United States District Court Judge